```
 1  WILLIAM M. KUNTZ   # 153052
    Attorney at Law
 2  4780 Arlington Avenue
    Riverside, CA 92504          Note Change Made by Court
 3  (951) 343-3400
    Fax (951) 343-4004
 4  E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 9                    EASTERN DIVISION
10
11  KENNETH L. CAMERON,          )   CASE NO.: EDCV18-00042-PLA
                                 )
12           Plaintiff,          )   [PROPOSED] ORDER AWARDING
                                 )   EAJA FEES
13           v.                  )
                                 )
14  NANCY A. BERRYHILL, Acting   )
    Commissioner of Social Security )
15  Administration,              )
                                 )
16           Defendant.          )
    _____ )
17
```

18    Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22 ~~T~~THREE HUNDRED SEVENTY-FIVE DOLLARS and 00/cents ($2,375.00), as

23 authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24 Stipulation.

25    DATED:
      December 26, 2018          _____
26                               HONORABLE PAUL L. ABRAMS
                                 UNITED STATES MAGISTRATE JUDGE

1